# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HAROLD EDWARDS, | Case No.: 2:19-cv-00883-APG-NJK |
| Petitioner, | **ORDER** |
| v. | |
| STATE OF NEVADA, et al., | |
| Respondents. | |

Petitioner Harold Edwards, a Nevada prisoner, has submitted a handwritten pleading styled as a petition for writ of habeas corpus under 28 U.S.C. § 2254. ECF No. 1-1. Edwards has failed to file an application to proceed in forma pauperis or pay the filing fee. Accordingly, this matter has not been properly commenced. *See* 28 U.S.C. § 1915(a)(2) and Local Rules LSR 1-1, 1-2. In addition, as a pro se litigant, Edwards is required to file his petition for writ of habeas corpus on the form provided by this court. *See* Local Rules LSR 3-1.

Thus, the present action will be dismissed without prejudice to the filing of a habeas petition under 28 U.S.C. § 2254 on the form required by this court in a **new** action with either the $5.00 filing fee or a completed application to proceed in forma pauperis on the proper form with both an inmate account statement for the past six months and a properly executed financial certificate.

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the filing of a petition in a **new** action with either the $5.00 filing fee or a properly completed application form to proceed in forma pauperis.

IT IS FURTHER ORDERED that a certificate of appealability is denied, as jurists of reason would not find the dismissal of this improperly commenced action debatable or incorrect.

IT IS FURTHER ORDERED that the Clerk shall send the petitioner two copies each of an application form to proceed in forma pauperis for incarcerated persons and a noncapital Section 2254 habeas petition form, one copy of the instructions for each form, and a copy of the papers that he submitted in this action.

IT IS FURTHER ORDERED that the Clerk shall enter judgment accordingly and close this case.

Dated: June 3, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE